CHARLES W. BATTLE, PLAINTIFF-RESPONDENT, v. THE GENERAL CELLULOSE COMPANY, INC., A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-APPELLANT.

Argued March 31, 1958—Decided April 28, 1958.

See also 23 *N. J.* 538.

*Mr. Robert Schur* (of the New York Bar) argued the cause for plaintiff-respondent (*Messrs. Leavitt, Talley & Krevsky,* attorneys; *Mr. Fayette N. Talley,* of counsel).

*Mr. Harry A. Margolis* argued the cause for defendant-appellant (*Mr. Max L. Rosenstein,* attorney).

PER CURIAM. Examination of the record presented to us does not disclose any basis for a determination that the trial court mistakenly exercised his discretion in granting the qualified order for the taking of the deposition of the plaintiff.

The order is affirmed.

*For affirmance*—Chief Justice WEINTRAUB, and Justices HEHER, WACHENFELD, BURLING, JACOBS, FRANCIS and PROCTOR—7.

*For reversal*—None.